# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2015

150352

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 150352
                                        COA: 322838
ANTHONY MARTELL PERRY,
        Defendant-Appellant.
                                        Wayne CC: 11-004871-FC

_____/

       On order of the Court, the application for leave to appeal the September 15, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015

p0622

Clerk